175 F.3d 1149
 GREATER YELLOWSTONE COALITION; Jackson Hole Alliance For
Responsible Planning; American Buffalo Foundation;
Gallatin Wildlife Association; Defenders of Wildlife;
David A. Ritchey, Plaintiffs-Appellants,
v.
Bruce BABBITT, Secretary, United States Department of
Interior; Roger Kennedy, Director, National Park Service;
Michael Finley, Superintendent, Yellowstone National Park;
Daniel Glickman, Secretary, United States Department of
Agriculture; Jack Ward Thomas, Chief, United States Forest
Service; Terry Medley, Administrator, Animal and Plant
Health Inspection Service, Defendants-Appellees,
and
State of Montana; Marc Racicot, Governor of the State of
Montana, Defendants-Intervenors-Appellees.
Intertribal Bison Cooperative; Defenders of Wildlife;
Greater Yellowstone Coalition; Jackson Hole
Alliance for Responsible Planning;
David A. Ritchey Plaintiffs-Appellants,
v.
Bruce Babbitt, in his official capacity as Secretary of the
Interior, Denis Galvin, in his official capacity as Acting
Deputy Director of the National Park Service; Michael
Finley, in his official capacity as Superintendent of
Yellowstone National Park; Michael Dombeck, in his official
capacity as Chief of the United States Forest Service;
Terry Medley, in his official capacity as Governor of the
state of Montana; Laurence Peterson, in his official
capacity as Executive Officer of the Montana Department of
Livestock; State of Montana, Department of Livestock, a state agency;
Patrick J. Graham, in his official capacity as Director of
Montana Department of Fish, Wildlife and Parks;
State of Montana, Department of Fish,
Wildlife and Parks,
Defendants-Appellees.
 Nos. 98-36151, 98-36152.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted April 13, 1999.
Decided May 6, 1999.
 
 James S. Angell, Earthjustice Legal Defense Fund, Bozeman, Montana, for the plaintiffs-appellants.
 
 
 1
 Andrew Mergen, United States Department of Justice, Washington, D.C., for the defendants-appellees.
 
 
 2
 John E. Bloomquist, Doney, Crowley, Bloomquist & Uda, Helena, Montana, for the intervenors-appellees.
 
 
 3
 Appeals from the United States District Court for the District of Montana; Charles C. Lovell, District Judge, Presiding. D.C. No. CV-96-00082-CCL.
 
 
 4
 Before: PREGERSON and THOMPSON, Circuit Judges, and KELLEHER,[1] Senior District Judge.
 
 ORDER
 
 5
 We affirm for reasons set forth in the district court's well-reasoned opinion and order reported at Intertribal Bison Cooperative, et al., v. Babbitt, 25 F.Supp.2d 1135 (D. Mont.1998).
 
 
 6
 SO ORDERED.
 
 
 
 [1]
 The Honorable Robert J. Kelleher, Senior United States District Judge for the Central District of California, sitting by designation